# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES R. GRIFFIN
ADC #162792                                                          PETITIONER

v.                            No. 5:17-cv-158-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Griffin's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2018