# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES R. GRIFFIN
ADC #162792                                                      PETITIONER

v.                          No. 5:17-cv-158-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                RESPONDENT

## JUDGMENT

Griffin's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2018